### BROWNE, Appellant, v. BAKER et al., Respondents.

(Supreme Court, General Term, First Department. December 15, 1893.)

Action by Mary A. Browne against John M. Baker and another, as administrators.
Argued before O'BRIEN and PARKER, JJ.
A. N. Card, for appellant.
W. E. Stiger, for respondents.
No opinion. Upon payment of $10 costs to defendant, motion to dismiss denied.

### BUTLER, Appellant, v. TOWNSEND et al., Respondents.

(Supreme Court, General Term, First Department. December 15, 1893.)

Action by Annie Butler against James R. Townsend and others.
Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.
Ira Leo Hamberger, for appellant.
John A. Beall, for respondents.
No opinion. Order affirmed, with $10 costs and disbursements.

### In re GOLDBERG.

(Supreme Court, General Term, First Department. December 15, 1893.)

In the matter of E. Townsend Goldberg, an attorney.
Argued before O'BRIEN and PARKER, JJ.
No opinion. Referred to Thomas P. Wickes, as referee, to take proof, and report with his opinion.

### GRAY, Respondent, v. CRONER et al., Appellants.

(Supreme Court, General Term, First Department. December 15, 1893.)

Action by Henry Winthrop Gray, as receiver, etc., against Benjamin Croner and another.
Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.
I. L. Bamberger and Grantz Nathan, for appellants.
Burrill, Zabriskie & Burrill, for respondent.
No opinion. Order denying motion to increase undertaking on injunction affirmed, with costs.

### KENNEDY v. MANHATTAN RY. CO.

(Supreme Court, General Term, First Department. December 15, 1893.)

Action by Hannah Kennedy, as administratrix, etc., against the Manhattan Railway Company.
Argued before VAN BRUNT, P. J., and FOLLETT and PARKER, JJ.
David Leventritt, for plaintiff.
Davies & Rapallo, for defendant.
No opinion. Motion denied, with $10 costs. See 25 N. Y. Supp. 1123.